UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RANDALL KUHLMAN, et al.,

    Plaintiffs,

v.                                          Case No. 8:12-CV-1238-T-33AEP

LOUISVILLE LADDER, INC.,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court *sua sponte*. Pursuant to 28 U.S.C. § 455(a), I find it necessary to disqualify myself from any further proceedings in this case due to my relationship with an attorney of record for the Defendant. The Clerk is directed to reassign this case to another magistrate judge.

IT IS SO ORDERED at Tampa, Florida on September 24, 2013.

ANTHONY E. PORCELLI
United States Magistrate Judge